IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00696-LTB-MEH

JODY SANSING,
MICHELLE EDWARDSON, and
SUZANNE ROGERS,

      Plaintiffs,

v.

JOHN PATTERSON, individually, and
CITY OF CHERRY HILLS VILLAGE,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 12, 2013.**

      This matter comes before the Court *sua sponte*. The parties have informed the Court that they have reached a settlement in this case. Thus, the continued evidentiary hearing on Defendant's motion for protective order (docket #22) set for Friday, December 13, 2013 at 10:00 a.m. is **vacated**, and Defendants' Motion for Protective Order [filed September 20, 2013; docket #22] is **denied as moot**. The parties shall file dismissal papers with the Court on or before December 31, 2013.