**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   13-cv-00696-LTB-MEH

JODY SANSING,
MICHELLE EDWARDSON, and
SUZANNE ROGERS,

    Plaintiffs,

v.

JOHN PATTERSON, individually, and
CITY OF CHERRY HILLS VILLAGE,

    Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on the Notice of Voluntary Dismissal of Claims of Plaintiffs Michelle Edwardson and Suzanne Rogers Against John Patterson (Doc 41 - filed December 12, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that the claims asserted by Plaintiffs Michelle Edwardson and Suzanne Rogers against Defendant John Patterson shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                BY THE COURT:

                                                s/ Lewis T. Babcock
                                                Lewis T. Babcock, Judge

DATED:   December 13, 2013