**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   13-cv-00696-LTB-MEH

JODY SANSING,
MICHELLE EDWARDSON, and
SUZANNE ROGERS,

    Plaintiffs,

v.

JOHN PATTERSON, individually, and
CITY OF CHERRY HILLS VILLAGE,

    Defendants.

___

**ORDER**
___

THIS MATTER coming before the Court on the Stipulation for Dismissal With Prejudice of Claims of Michelle Edwardson and Suzanne Rogers Against City of Cherry Hills Village (Doc 44 - filed December 13, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that the claims asserted by Plaintiffs Michelle Edwardson and Suzanne Rogers against Defendant City of Cherry Hills Village shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                              BY THE COURT:

                                               s/Lewis T. Babcock
                                               Lewis T. Babcock, Judge

DATED:   December 16, 2013