**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   13-cv-00696-LTB-MEH

JODY SANSING,
MICHELLE EDWARDSON, and
SUZANNE ROGERS,

    Plaintiffs,

v.

JOHN PATTERSON, individually, and
CITY OF CHERRY HILLS VILLAGE,

    Defendants.

---

**ORDER**

---

THIS MATTER coming before the Court on the Stipulation for Dismissal With Prejudice of Claims of Jody Sansing Against John Patterson (Doc 49 - filed January 9, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that the claims asserted by Plaintiff Jody Sansing against Defendant John Patterson shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED:   January 10, 2014